IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| UNITED STATES | PLAINTIFF |
| V.     NO. 13-10007 | |
| CLAUDIE J. MILLER, JR. | DEFENDANT |

O R D E R

Before the court is the Defendant's Motion to Vacate, set Aside, or Correct a Sentence (Doc. 267) filed April 24, 2017. The Motion was referred to the undersigned on April 26, 2017.

The government is ordered to respond on or before June 2, 2017.

IT IS SO ORDERED this April 27, 2017.

*/s/ J. Marschewski*
HON. JAMES R. MARSCHEWSKI
United States Magistrate Judge

+