IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF/RESPONDENT

v.                               Case No. 1:13-cr-10007-002

CLAUDIE J. MILLER, JR.                                                    DEFENDANT/PETITIONER

**ORDER**

Before the Court is the Report and Recommendation filed June 16, 2016, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 270). On July 3, 2017, Petitioner Claudie J. Miller, Jr. filed objections to the Report and Recommendation. (ECF No. 272). The Court finds the matter ripe for consideration.

In his Report and Recommendation, Judge Marschewski recommends that Petitioner's Motion to Vacate Under 28 U.S.C. § 2255 (ECF No. 267) should be denied. Specifically, Judge Marshchewski finds that Petitioner's section 2255 motion was untimely filed and that the cases Petitioner relies on—*Mathis v. United States*, ___ U.S. ___, 136 S. Ct. 2243 (2016), and *United States v. Tanksley*, 848 F.3d 347 (5th Cir. 2017)—do not indicate a newly recognized Supreme Court decision made retroactively applicable to cases on collateral review. Judge Marchewski concludes by recommending that Petitioner's motion be denied.

Petitioner's objections are not responsive to the Report and Recommendation and offer no error of fact or law from which the Court finds it necessary to depart from the Report and Recommendation.[1] Accordingly, the Report and Recommendation (ECF No. 270) is adopted *in toto*. Petitioner's motion (ECF No. 267) is hereby **DENIED**.

**IT IS SO ORDERED**, this 2nd day of October, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] Petitioner's objections appear to quote at length from *United States v. Tanksley*, 848 F.3d 347 (5th Cir. 2017). The objections do not address the Report and Recommendation or its findings.